NS:JPM/ALK
F. #2019R01085

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

DENNIS MILLER,
    also known as "Menace,"

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

COMPLAINT

(T. 18, U.S.C., § 922(g)(1);
T. 21 U.S.C. § 841(a)(1))

No. 22-MJ-042

EASTERN DISTRICT OF NEW YORK, SS:

        DOUGLAS HUMPHREY, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

        Upon information and belief, on or about January 12, 2022, within the Eastern District of New York, the defendant DENNIS MILLER, also known as "Menace," knowing that he had previously been convicted in a court of one or more crimes punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess in and affecting commerce a firearm, to wit: a 9 mm Beretta semiautomatic pistol.

        (Title 18, United States Code, Section 922(g) and 924(a)(2))

        Upon information and belief, on or about January 12, 2022, within the Eastern District of New York, the defendant DENNIS MILLER, also known as "Menace," did knowingly and intentionally possess with intent to distribute a controlled substance, which

offense involved a substance containing cocaine, a Schedule II controlled substance.

(Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C))

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I have been a Special Agent with the FBI for approximately six years. I am responsible for conducting and assisting in investigations into the activities of individuals and criminal groups responsible for racketeering and other crimes associated with organized crime and, in particular, violent criminal gangs. I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the investigative file, including the defendant's criminal history and body camera footage; and from reports of other law enforcement officers involved in the investigation. Where I describe statements of others, I am doing so only in sum and substance and in part.

2. Law enforcement officers have been investigating various organized criminal activities involving members of the Trinitarios street gang (hereinafter the "Trinitarios") occurring in Queens, New York. Based on my training and experience in investigations of violent gangs in Queens, New York, I know that the Trinitarios gang was initially formed in the New York state prison system for the purpose of protecting inmates of Dominican origin. The Trinitarios currently operate, among other places, in and around the Corona section of Queens, New York, as well as inside the New York state prison system and also in Brooklyn, the Bronx and Manhattan, New York. Members and associates of the

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3

gang engage in significant narcotics trafficking and commit various acts of violence, including acts involving murder, robbery and assault, as well as other crimes.

3. During the course of my investigation into Queens-based members of the Trinitarios, multiple cooperating witnesses and confidential sources have identified the defendant DENNIS MILLER as a member of the Trinitarios who also goes by the name "Menace." I have also learned from these sources that MILLER is one of the leaders of the Trinitarios in the Corona area of Queens, New York.

4. Based on my interviews of law enforcement personnel involved, my review of New York City Police Department ("NYPD") reports, and my review of body-worn camera footage that captures parts of the incident described below, I have learned that, on or about January 12, 2022, at approximately 11:51 p.m., three NYPD officers in an unmarked vehicle observed a white Mercedes with South Carolina license plates and excessively tinted windows (hereinafter the "Vehicle") pull over without signaling in the vicinity of 23rd Street and 29th Avenue in Queens, New York. Based on observing the Vehicle's excessively tinted windows and the driver's unlawful failure to signal, the NYPD officers initiated a traffic stop. The Vehicle stopped, and the officers approached the driver-side window. There were two individuals in the vehicle: a male in the driver's seat, subsequently identified as the defendant DENNIS MILLER, and a female in the front passenger seat.

5. Based on my review of body camera footage, upon his approach to the driver's side of the Vehicle, an NYPD officer asked the driver of the Vehicle for a driver's license. The driver provided a license in the name of "Dennis Miller." In addition, based on my review of the body camera footage and known photographs from law enforcement

4

databases of the defendant DENNIS MILLER, I recognize that the driver of the Vehicle stopped by the NYPD officers was the defendant DENNIS MILLER.

6. When the NYPD officers ran MILLER's driver's license number, the NYPD computer system indicated that the license was suspended. Additionally, the NYPD computer system indicated there was an active Investigation Card ("I-Card")[2] for MILLER's arrest, which indicated that there was probable cause to arrest MILLER in connection with a pending NYPD investigation.[3]

7. NYPD officers placed the defendant DENNIS MILLER under arrest. During a search of MILLER incident to his arrest, an officer recovered approximately 29 individual vials of apparent cocaine from MILLER's jacket. Based on my training and experience, and my participation in numerous narcotics investigations, as well as the description of the substance in the vials as a white powder, as well as its size, quantity and packaging, there is probable cause to believe the vials contained cocaine individually packaged for distribution.

8. NYPD officers transported the defendant DENNIS MILLER to an NYPD precinct in a police vehicle. NYPD officers also drove the Vehicle to the police precinct and conducted an inventory search. During the inventory search, a loaded 9 mm

---

[2] Based on my training and experience, I know that an "I-Card" is an internal NYPD form issued by an officer when there is a suspect, witness, or perpetrator to be investigated and may provide notice of persons sought for whom there is probable cause for arrest.

[3] Based on my participation in this investigation and reports from other law enforcement officers, there was probable cause to arrest MILLER for reckless endangerment in the first degree, in violation of New York Penal Law § 120.25. The conduct that underlay the I-Card stemmed from a December 13, 2020 domestic violence incident during which MILLER was suspected of firing a handgun into the air numerous times in public.

Beretta semiautomatic pistol (the "Firearm") was recovered from the center console. Based on my review of a photograph of the Firearm, its serial number had been significantly scratched in an apparent attempt to obliterate it.

9. I have conferred with an agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives, who has informed me, in substance and in part, that the Firearm recovered from the Vehicle was manufactured outside the state of New York.

10. I have also reviewed MILLER's criminal history records and have determined that, on or about March 3, 2015, in New York County Supreme Court, MILLER was convicted of attempted robbery in the second degree, in violation of New York Penal Law § 160.10(1), a felony punishable by a term of imprisonment of more than one year.

WHEREFORE, your deponent respectfully requests an arrest warrant for the defendant DENNIS MILLER, so that he may be dealt with according to law.

_____
Douglas Humphrey
Special Agent, Federal Bureau of Investigation

Sworn to before me by telephone this
14 day of January, 2022

_____
THE HONORABLE VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK